UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE HOTES-APRATO, Personal Representative of the ESTATE OF ROBERT JOHN APRATO, JR., <br><br> Plaintiff, <br> v. <br><br> ACI NORTHWEST, INC., an Idaho Corporation, <br><br> Defendant. | No. 2:19-cv-00269-TSZ <br><br> ORDER GRANTING DEFENDANT ACI NORTHWEST, INC.'S MOTION TO CHANGE VENUE |

This matter came before the Court on Defendant ACI Northwest Inc.'s ("ACI") Motion to Change Venue, docket no. 13. Having been fully informed, the Court GRANTS ACI's motion pursuant to 28 U.S.C. § 1404(a). The Clerk is DIRECTED to transfer this action to the United States District Court for the Eastern District of Washington.

IT IS SO ORDERED.

Dated this 20th day of May, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER - 1