FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANETTE HOTES-APRATO, Personal Representative of the Estate or Robert John Aprato, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> ACI NORTHWEST INC., an Idaho corporation, <br><br> Defendant. | No. 2:19-cv-200-MKD <br><br> ORDER DISMISSING CASE <br><br> **ECF No. 105** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 105. The parties state they have resolved this case and stipulate to the entry of an order dismissing the action with prejudice, with each party bearing its own costs and fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the notice of stipulation and grants the motion to dismiss.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 105**, is **GRANTED**.

2. The Complaint (**ECF No. 1-2**) is **DISMISSED with prejudice,** with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 10, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2